JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Marilyn English,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>General Dynamics Mission Systems, Inc., and Does 1 to 10,<br><br>　　　　　　Defendants. | Case No. EDCV 18-908 JGB (SHKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendant General Dynamics Mission Systems, Inc. ("GDMS") is GRANTED. Plaintiff Marilyn English's Complaint against Defendants is DISMISSED.

All Doe Defendants are DISMISSED. Judgment is entered in favor of Defendant GDMS.

Dated: May 8, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　United States District Judge